UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| RAY C. PAYNE | ) | |
|  | ) | CASE NO. 20-20292 JRA |
| Debtor | ) | |

### MOTION TO DISMISS FOR FAILURE TO COOPERATE

COMES NOW Paul R. Chael, Standing Chapter 13 Trustee herein, and moves the Court to dismiss this case for failure to cooperate with Trustee, and in support thereof states as follows:

1. That this case was filed on February 12, 2020.

2. That the Trustee has on two (2) separate occasions, requested information regarding the address of Dawn Williams, the person to whom child support is being paid.

3. That Debtor has failed to provide the requested information.

**WHEREFORE,** Trustee prays for an Order dismissing the case for failure to cooperate with Trustee, and for all other proper relief.

/s/       Paul R. Chael
Paul R. Chael
Indiana Attorney ID 3881-45

### Certificate of Service

I hereby certify that on April 2, 2020 service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee - ustpregion10.soecf@usdoj.gov
David Dabertin – dabertin@netnitco.net

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor – Ray C. Payne, 6934 Broadway, Merrillville, IN 46410

/s/ Michelle J. Sersic
Legal Assistant to Paul R. Chael
Chapter 13 Trustee
401 West 84th Drive, Ste. C
Merrillville, Indiana 46410